| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**    SAM Industrias S.A.

individual debtors:

☐ Federal Employer Identification Number (EIN)    ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other  33.017.039/0001-70    . Describe identifier  SAM's Brazilian Tax ID    .

**For individual debtors:**

☐ Social Security number:    xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☑ Other  095.657.870-53    . Describe identifier  Birmann's Brazilian Tax ID    .

**3. Name of foreign representative(s)**    Carlos Magno, Nery e Medeiros Sociedade de Advogados

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**    Case No. 0002017-60.2007.8.19.0001, 2nd Business Court of the City of Rio de Janeiro

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Order commencing the foreign proceeding; declaring bankruptcy extending it to Boulder & Birmann; order appointing foreign representative

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor  __SAM Industrias S.A.__   Case number (*if known*)_____
       Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   __Brazil__

   **Debtor's registered office:**

   __Km 5 da RJ 115 – Rodovia Nova Iguaçu__
   Number     Street

   __Adrianópolis, Santa Rita__
   P.O. Box

   __Nova Iguaçu, Rio de Janei   27700-000__
   City        State/Province/Region    ZIP/Postal Code

   __Brazil__
   Country

   **Individual debtor's habitual residence:**

   _____
   Number     Street

   _____
   P.O. Box

   _____  _____ - _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   __Avenida Almirante Barroso, 97, Grupo 408__
   Number     Street

   _____
   P.O. Box

   __Rio de Janeiro, RJ 20031- 0050__
   City        State/Province/Region    ZIP/Postal Code

   __Brazil__
   Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**  *Check one:*

    ☑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

    ☐ Individual

Debtor  SAM Industrias S.A.
        Name

Case number (if known) _____

## 12. Why is venue proper in *this district*?

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Birmann has address in this District & Debtor has property in the District.

## 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

X _____    Fernando Costa Magno M. Correia
Signature of foreign representative    Printed name

Executed on  11 / 7 / 2018
             MM / DD / YYYY

X _____    _____
Signature of foreign representative    Printed name

Executed on  _____
             MM / DD / YYYY

## 14. Signature of attorney

X /s/ Nyana Abreu Miller                Date  11/06/2018
Signature of Attorney for foreign representative   MM / DD / YYYY

Nyana Abreu Miller
Printed name

Sequor Law, P.A.
Firm name

1001 Brickell Bay Drive, 9th Floor
Number    Street

Miami                              FL        33131
City                              State    ZIP Code

(304) 372-8282                    nmiller@sequorlaw.com
Contact phone                      Email address

92903                              FL
Bar number                        State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3