**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

SAM INDUSTRIAS S.A.;                                        Chapter 15
BOULDER PARTICIPAÇÕES LTDA; and
DANIEL BENASAYAG BIRMANN                     Case No.: 18−23941−RAM

    Debtors in a Foreign Proceeding.
_____/

**FOREIGN REPRESENTATIVE'S MOTION TO LIFT THE STAY**
**CREATED BY BIRMANN'S MOTION FOR PROTECTIVE ORDER**
**[ECF NO. 14], AS TO CBC AMMO LLC AND CBC GLOBAL AMMUNITION LLC**

    Carlos Magno, Nery e Medeiros Sociedade de Advogados, the judicial administrator of the foreign bankruptcy estate ("Foreign Representative") of SAM Industrias S.A., Boulder Participacoes Ltda., and Daniel Birmann ("Birmann"), pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1(C), hereby files this motion (the "Motion") to lift the stay created by Birmann's Motion for Limited Protective Order [ECF No. 14] ("Birmann's Motion"). In support thereof, the Foreign Representative states as follows:

    1.    Under Local Rule 2004-1(C), "An interested party may file … a motion for protective order … and the examination shall be stayed until the court rules on the motion."

    2.    Here, Daniel Birmann has filed a motion for protective order against subpoenas issued by the Foreign Representative for information relating to entities in which *Birmann does not claim an interest*. Two of the subpoenas at issue were directed to CBC Ammo LLC ("CBC Ammo") and CBC Global Ammunition LLC ("CBC Global"). See ECF Nos. 15 and 16. These entities have counsel in this case, attended the February 13, 2019 hearing on Birmann's Motion, and had previously agreed to make a rolling production of non-objectionable documents.

3. On January 22, 2019, CBC Ammo and CBC Global served their objections and responses to the subpoenas directed at them. Those responses included a statement that "subject to, limited by, and without waiver of its general and specific objections [the subpoena recipient] will produce non-privileged, responsive documents" for almost all of the categories of documents requested. However, after the February 13 hearing on Birmann's Motion, counsel for CBC Ammo and CBC Global informed the undersigned that they will not produce any documents until this Court rules on Birmann's Motion, while also reserving the right to have disputed discovery issues heard either by this Court or by the Bankruptcy Court for the District of New Jersey.

4. The Foreign Representative seeks to reduce delays and have the looming discovery dispute heard by the appropriate court, whether here or in New Jersey, as expeditiously as possible. For this reason, the Foreign Representative moves the Court for an order lifting the stay created by the filing of Birmann's Motion.

WHEREFORE, the Foreign Representative respectfully requests that this Court lift the stay applicable to the CBC Ammo and CBC Global Subpoenas and order the subpoena recipients to produce all responsive documents within 10 days of such order.

Dated: February 25, 2019

Respectfully submitted,

SEQUOR LAW, P.A.
1001 Brickell Bay Dr., 9th Floor
Miami, Florida 33131
Telephone: (305) 372-8282
Facsimile: (305) 372-8202

By:  */s/ Nyana Abreu Miller*
Gregory S. Grossman
Fla. Bar No. 896667
ggrossman@sequorlaw.com
Nyana Abreu Miller
Fla. Bar No. 092903
nmiller@sequorlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 25, 2019, a true and correct copy of the foregoing was filed and sent via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via e-mail to the parties on the Service List below.

*/s/ Nyana Abreu Miller*
Nyana Abreu Miller

## SERVICE LIST

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Luis R Casas on behalf of Interested Party Daniel Birmann
luis.casasmeyer@akerman.com, janet.salinas@akerman.com

John D Couriel on behalf of Respondent CBC Ammo LLC
john.couriel@kobrekim.com

John D Couriel on behalf of Respondent CBC Global Ammunition LLC
john.couriel@kobrekim.com

Gregory S Grossman, Esq on behalf of Debtor SAM Industrias S.A.
ggrossman@sequorlaw.com, ngonzalez@sequorlaw.com

Andrea S. Hartley on behalf of Interested Party Daniel Birmann
andrea.hartley@akerman.com, janet.salinas@akerman.com

Nyana A Miller on behalf of Debtor SAM Industrias S.A.
nmiller@sequorlaw.com, tcrockett@sequorlaw.com

Nyana A Miller on behalf of Foreign Representative Carlos Magno, Nery e Medeiros Sociedade de Advogados
nmiller@sequorlaw.com, tcrockett@sequorlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**
(No manual recipients)

F:\WDOX\CLIENTS\10277\1001\00298631.DOCX