UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
SAM INDUSTRIAS S.A.;                                Chapter 15
BOULDER PARTICIPAÇÕES LTDA; and
DANIEL BENASAYAG BIRMANN                            Case No.    18−23941−RAM
Debtor in a Foreign Proceeding.
_____

### ORDER ON MOTION TO QUASH AND FOR ENTRY OF PROTECTIVE ORDER

THIS PROCEEDING came before the Court on the Motion to Quash and for Entry of Protective Order ("Motion") filed on August 16, 2021 (Doc. ___). The Court, having considered the Motion and finding good cause to grant, it is hereby:

**ORDERED**:

1. The Motion is granted.

2. The Rule 2004 Examination of Daniel Birmann ("Mr. Birmann") in Florida is hereby quashed.

3. A protective order is hereby entered protecting Mr. Birmann from participating in the Rule 2004 Examination.

###

Submitted By:

J. Jay Thornton, Esq.

**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
jthornton@reedsmith.com